# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 MAR -2  PM 5: 26

OFFICE OF THE CLERK

| United States of America | ) |
|---|---|
| v. | ) Case No. 8:18MJ103 |
| John Nichols | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2018__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1) | On or about March 2, 2018, in the District of Nebraska, Defendant JOHN NICHOLS did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.<br>In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1). |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Andrew Stewart, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/2/2018

_____
*Judge's signature*

City and state:   Omaha, Nebraska             Michael D. Nelson, United States Magistrate Judge
*Printed name and title*

I, Andrew Stewart, a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), being duly sworn, hereby depose and say I was part of this investigation, and was also informed by Zachary Wimer, also a Special Agent with HSI:

On March 2, 2018, at approximately 0330 hours, HSI Omaha Special Agents attempted to execute two tracker warrants at 424 Hascall Street, Omaha NE. During the execution they were approached by the target John NICHOLS. During his approach he was observed carrying a handgun, and prior to this contact agents were aware that NICHOLS was a convicted felon. NICHOLS was then arrested. NICHOLS gave a consent search his rented garage at 424 Hascall Street, Omaha, NE. The search of his garage yielded approximately thirteen pounds of methamphetamine, approximately one kilogram of cocaine, three handguns, a shotgun, and approximately $10,000 U.S. currency. The methamphetamine and cocaine were both later field tested. Both tested positive for methamphetamine and cocaine, respectively. During a post-Miranda interview, NICHOLS admitted to distributing methamphetamine approximately one to five times a week in the Omaha metro area. On each occasion, NICHOLS distributed between one to five pounds of methamphetamine.

_____
Special Agent ANDREW STEWART
Homeland Security Investigations


Subscribed and sworn to before me on this ___ day of March, 2018.

_____
MICHAEL D. NELSON
U.S. Magistrate Judge