IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN NICHOLS,<br><br>              Defendant. | 8:18MJ103<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

      The United States hereby notifies the Court of the substitution of Thomas J. Kangior, Assistant United States Attorney, as counsel for the United States in this matter, replacing Dwight Artis, (who is no longer assigned to this case).

      Please direct all future pleadings and correspondence to the undersigned.

                                                  UNITED STATES OF AMERICA,
                                                  Plaintiff

                                                  JOSEPH P. KELLY
                                                  United States Attorney
                                                  District of Nebraska

                      By:        s/Thomas J. Kangior
                                   THOMAS J. KANGIOR, #21496
                                   Assistant United States Attorney
                                   1620 Dodge Street, Suite 1400
                                   Omaha, Nebraska 68102-1506
                                   (402) 661-3700

CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: attorney on record.

                                                  s/Thomas J. Kangior
                                                  THOMAS J. KANGIOR
                                                  Assistant United States Attorney