IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR76 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOHN NICHOLS, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 49). The government reports that the $13,116 in U.S. currency seized on March 2, 2018 from a residence at 424 Hascall Street, Omaha, Nebraska, was administratively forfeited by the U.S. Customs and Border Protection. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 49) is granted.
2. The Forfeiture Allegation of the Superseding Indictment (Filing No. 39) is dismissed.

Dated this 14th day of September 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge