AO 245B(Rev 02/16) Judgment in a Criminal Case

Judgment Page 2 of 8

DEFENDANT: JOHN NICHOLS
CASE NUMBER: 8:18CR76-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred sixty-eight (168) months on Count I and one hundred twenty (120) months on Count III of Superseding Indictment to be served concurrently.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.
2. That the defendant be incarcerated in a federal facility as close as possible to Omaha, NE.
3. Defendant should be given credit for time served.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

**FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

NOV 20 2019

OFFICE OF THE CLERK**

## RETURN

I have executed this judgment as follows:

Defendant was delivered on Tuesday 10/22/19 to FCI Sandstone at Sandstone, MN, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL